OPINION — AG — 26 O.S. 1975 Supp., 424.4 [26-424.4] REMAINS FULLY EFFECTIVE EVEN THOUGH 26 O.S. 1971 161 [26-161] WAS REPEALED BY THE SECOND REGULAR SESSION OF THE THIRTY FOURTH OKLAHOMA LEGISLATURE. 26 O.S. 1975 Supp., 424.4 [26-424.4] MUST BE READ AS THOUGH 26 O.S. 1971 161 [26-161] WAS COPIED IN FULL THEREIN AT THE TIME OF THE ADOPTION OF 26 O.S. 1975 Supp., 424.4 [26-424.4] CITE: 47 O.S. 1971 93 [47-93], 26 O.S. 1975 Supp., 5-101 [26-5-101], 26 O.S. 1975 Supp., 5-131 [26-5-131], 47 O.S. 1971 91 [47-91] (MICHAEL CAUTHRON)